**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NORTH CAROLINA**
**WESTERN DIVISION**
**CIVIL ACTION NO. 5:10-CV-00111-FL**

| | |
|---|---|
| JONATHAN W. SUPLER, AN INDIVIDUAL ON BEHALF OF HIMSELF AND ALL OTHERS SIMILARLY SITUATED,<br><br>           **Plaintiff,**<br><br>v.<br><br>RGS FINANCIAL, INC., A TEXAS CORPORATION; AND JOHN AND JANE DOES NUMBERS 1 THROUGH 25,<br><br>           **Defendants.** | **JOINT MOTION FOR EXTENSION OF TIME** |

  **NOW COMES**, jointly, all parties to this action and moves the Court, to extend the time to submit the supplemental joint status report and discovery plan in this matter for sixty (60) days for the following reasons:

1. Both parties have conducted extensive investigation and review of each parties initial disclosures.

2. After said investigation and review, counsel for the parties conducted a conference call on November 19, 2010 to review and discuss the documents and materials submitted in initial disclosures, status of the case and the potential for settlement.

3. As a result of that aforementioned conference both parties agreed that this matter may be ripe for settlement and that it would be prudent at this juncture to entertain settlement negotiations prior to conducting extensive oral and written discovery .

4. That the parties agreed that any supplemental discovery would be both time and cost intensive and that an attempt to focus on a settlement would be the most effective use of the parties' time and attention at this juncture in the litigation.

7R-00056 - Doc. No. 1

WHEREFORE, the parties prays the Court that it grant an extension of sixty (60) days within which to file the supplemental joint status report and discovery plan.

**THIS THE 6TH DAY OF DECEMBER, 2010.**

**HEDRICK, GARDNER, KINCHELOE & GAROFALO, L.L.P.**

/S/JEFFREY A. DOYLE
JEFFREY A. DOYLE
NC State Bar No. 19916
Attorney for Defendant
PH:   (919) 832-9424
FAX:  (919) 832-9425
Email: jdoyle@hedrickgardner.com

/s/ Christopher J. Skinner
CHRISTOPHER J. SKINNER
NC State Bar No. 34207
Attorney for Defendant RGS
4011 Westchase Boulevard, Suite 300
Raleigh, NC 27607
(919) 832-9424

**SHEDOR LAW FIRM, PLLC**

/s/ Peter R. Shedor
PETER R. SHEDOR
NC State Bar No. 16050
Attorney for Plaintiff, Jonathan Supler
315 North Academy Street, Suite 100
Cary, NC 27513
(919) 461-7017

**PHILIP D. STERN & ASSOCIATES**

/s/ Philip D. Stern
PHILIP D. STERN
NJ State Bar No. 049521984
Attorney for Plaintiff, Jonathan Supler
697 Valley Street, Suite 2d
Maplewood, NJ 07040

# CERTIFICATE OF SERVICE

I hereby certify that on December 6, 2010 I electronically filed the foregoing Motion for Extension of Time with the Clerk of Court using the CM/ECF system which will send notification of filing to the following:

>Peter R. Shedor
>Shedor Law Firm, PLLC
>401 High House Road, Ste. 140
>Cary, NC  27513
>Phone No. (919) 461-7017
>Fax No. (919) 461-7018
>pete@shedorlawfirm.com

>Philip D. Stern
>Philip D. Stern & Associates, LLC
>697 Valley Street, Ste. 2D
>Maplewood, NJ  07040-2642
>Phone No. (973) 644-0770
>Fax No.  (973) 532-0866
>pstern@philipstern.com

THIS THE 9TH DAY OF APRIL, 2010.

>/S/JEFFREY A. DOYLE
>**JEFFREY A. DOYLE**
>**NC State Bar No. 19916**
>**Attorney for Defendant**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CIVIL ACTION NO. 5:10-CV-00111-FL

| | |
|---|---|
| JONATHAN W. SUPLER, AN INDIVIDUAL ON BEHALF OF HIMSELF AND ALL OTHERS SIMILARLY SITUATED,<br><br>                                        **Plaintiff,**<br><br>v.<br><br>RGS FINANCIAL, INC., A TEXAS CORPORATION; AND JOHN AND JANE DOES NUMBERS 1 THROUGH 25,<br><br>                                        **Defendants.** | <u>**ORDER FOR EXTENSION OF TIME**</u> |

**THIS CAUSE,** being heard by the undersigned upon Motion of the Parties, for an Order extending the time within which submit the supplemental joint status report and discovery plan in this matter; and

**IT APPEARING** to the Court that the Motion should be allowed;

**IT IS, THEREFORE, ORDERED THAT** the time to file the supplemental joint status report and discovery plan to the Court be extended, up to and including the 4th day of February, 2011.

**This the _____ day of _____, 2011.**

                                                                       Louise W. Flanagan
                                                                       Chief United States District Judge

166.tfm

166.tfm