IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CIVIL ACTION NO. 5:10-CV-00111-FL

| | |
|---|---|
| JONATHAN W. SUPLER, AN INDIVIDUAL ON BEHALF OF HIMSELF AND ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiff,<br><br>v.<br><br>RGS FINANCIAL, INC., A TEXAS CORPORATION; AND JOHN AND JANE DOES NUMBERS 1 THROUGH 25,<br><br>Defendants. | **STIPULATION OF DISMISSAL WITH PREJUDICE** |

This matter having been amicably resolved by and between Plaintiff, JONATHAN W. SUPLER, an individual, and Defendant, RGS FINANCIAL, INC., a Texas Corporation, IT IS HEREBY STIPULATED AND AGREED that this action be and hereby is DISMISSED WITH PREJUDICE and without costs <u>ONLY</u> with respect to the claims and defenses between Plaintiff, JONATHAN W. SUPLER, an individual, and Defendant, RGS FINANCIAL, INC., and be and hereby is DISMISSED WITHOUT PREJUDICE as to the claims, if any, of any member of the class or classes ("putative class") alleged in the Complaint and any amendments to the Complaint. Except the claims of Plaintiff, JONATHAN W. SUPLER, nothing in this Stipulation affects, impairs or enhances any claim or defense between or among any member of the putative class and any Defendant.

This the 23rd day of February, 2011.

**HEDRICK, GARDNER, KINCHELOE & GAROFALO, L.L.P.**

/S/JEFFREY A. DOYLE
JEFFREY A. DOYLE
NC State Bar No. 19916
Attorney for Defendant
PH:   (919) 832-9424
FAX:  (919) 832-9425
Email: jdoyle@hedrickgardner.com


**SHEDOR LAW FIRM, PLLC**

/s/ Peter R. Shedor
PETER R. SHEDOR
NC State Bar No. 16050
Attorney for Plaintiff, Jonathan Supler
401 High House Road, Suite 140
Cary, NC 27513
(919) 461-7017

**PHILIP D. STERN & ASSOCIATES**

/s/ Philip D. Stern
PHILIP D. STERN
NJ State Bar No. 049521984
Attorney for Plaintiff, Jonathan Supler
697 Valley Street, Suite 2d
Maplewood, NJ 07040

## CERTIFICATE OF SERVICE

I hereby certify that on February 23, 2011, I electronically filed the foregoing Stipulation of Dismissal with the Clerk of Court using the CM/ECF system which will send notification of filing to the following:

>JEFFREY A. DOYLE
>Hedrick, Gardner, Kincheloe & Garofalo, L.L.P.
>NC State Bar No. 19916
>Attorney for Defendant
>PH: (919) 832-9424
>FAX: (919) 832-9425
>Email: jdoyle@hedrickgardner.com


>Philip D. Stern
>Philip D. Stern & Associates, LLC
>697 Valley Street, Ste. 2D
>Maplewood, NJ 07040-2642
>Phone No. (973) 644-0770
>Fax No. (973) 532-0866
>pstern@philipstern.com

This the 23rd day of February, 2011.

>/s/ Peter R. Shedor
>PETER R. SHEDOR
>NC State Bar No. 16050
>Attorney for Plaintiff, Jonathan Supler